Form 27 - GENERAL PURPOSE

**DALY BAMUNDO DALTON & SCHERMERHORN ESQS**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

SHARON GANDARILLA                          plaintiff

         - against -

THE CITY OF NEW YORK, ETANO      defendant

Index No. **07CV6909LTS**

Date Filed .............

Office No.

Court Date:    / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**JOEL GOLUB**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **13th** day of September, 2007   at **12:28 PM.,**   at
   **100 CHURCH ST, 4TH FL.**
   **NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**
   **ELECTRONIC FILING INSTRUCTIONS**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **BLACK**        HAIR: **BLACK**
   APP. AGE: **25**        APP. HT: **5:6**        APP. WT: **115**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
14th day of September, 2007k

SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DDS65516