## UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON GANDARILLA | ) INDEX #: 07-CV-6909 (LTS) |
| Plaintiff | ) |
| v. | ) AFFIDAVIT OF SERVICE |
| THE CITY OF NEW YORK AND ALBERTO SANCHEZ | ) ATTY: |
| | ) BAMUNDO, ZWAL & SCHERMERHORN |
| | ) 111 JOHN STREET, SUITE 1100 |
| Defendant(s) | ) NEW YORK, NY 10038 |

STATE OF NEW YORK: COUNTY OF KINGS ss:

MICHAEL SMITH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on OCTOBER 18, 2007 at 9:26 AM at 111 CENTRE STREET, 10TH FLOOR HALLWAY, NEW YORK, NY 10013, deponent served the within SUMMONS AND COMPLAINT on ALBERTO SANCHEZ therein named.

INDIVIDUAL: By delivering a true copy of each to said Recipient personally; deponent knew the person so served to be the person described as the intended Recipient therein and he/she identified him/herself as such.

DESCRIPTION: Deponent further states that he describes the person actually served as follows: Gender: Male   Race/Skin: Tan   Hair: Black & Gray   Glasses: No   Approx. Age: 40   Height: 5'10   Weight: 180

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Recipient in this action.

DEPONENT FURTHER STATES THAT THE AFOREMENTIONED DEFENDANT VOLUNTARILY ACCEPTED SERVICE.

Sworn to me on: OCT 18 2007

MICHAEL SMITH Lic. #847012

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6164647
Qualified in Kings County
Commission Expires April 30, 2011

ID: 07-000119                                                                                                                    Client Reference:

PREMIER LEGAL SERVICES, INC. • 26 COURT STREET, SUITE 2402, BROOKLYN, NY 11242 • (718) 797-9774