Law Offices
# BAMUNDO, ZWAL & SCHERMERHORN, LLP
A Limited Liability Partnership
111 John Street, Suite 1100, New York, NY 10038
Tel: (212) 608-8840  Fax: (212) 608-8039

Steven Bamundo
James R. Schermerhorn
Michael C. Zwal
Bartholomew T. Russo
William B. Cunningham
James Caffrey
John A. Howard-Algarin**
Philip G. Menna
Ben Bartolotta

*Also admitted in New Jersey
**Also admitted in Maryland

Of Counsel:
Kenneth M. Dalton*
Jay L.T. Breakstone

Additional Offices:
1265 Richmond Avenue, Staten Island, NY 10314
100 East Old Country Road, Mineola, NY 11501

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

October 24, 2007

Chambers of the Honorable Laura Taylor Swain
United States District Court, Southern District
500 Pearl Street
New York, NY 10007-1312

Re: **Gandarilla v. The City of New York**
Docket No. 07-CV-6909 LTS (LTS)
Our File No. 22165

Your Honor:

My office represents the plaintiff, SHARON GANDARILLA in the above referenced matter.

Pursuant to my conversation with your clerk, I am requesting a brief adjournment of the initial conference scheduled for November 30, 2007 as I will not be available. A copy of the Initial Conference Order is enclosed.

This is the first request for an adjournment on this matter. The attorney for defendant THE CITY OF NEW YORK, Ms. Phyllis Calistro, has consented to my request. Defendant ALBERTO SANCHEZ was personally served with the Summons and Complaint on October 18, 2007 and has not yet appeared by counsel. Should the Court grant this request, I will notify the individual defendant as directed.

It is respectfully requested that the conference be scheduled for a date after Friday, December 7, 2007.

Thank you for your consideration of this request.

Respectfully submitted,

JAMES M. CAFFREY
(JC 3360)

JMC:lf
Enclosures

cc: Phyllis Calistro, Esq.
New York City Corporation Counsel
100 Church Street
New York, NY 10007
File No.: 2007-024193

*The conference is adjourned to December 14, 2007, at 10:45 AM.*

**SO ORDERED.**

10/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 29 2007