

**RECEIVED NOV X 2 2007 PRO SE OFFICE**

Alberto Sanchez
PO Box 256
Crompond, NY 10517

November 2, 2007

**MEMO ENDORSED**

Honorable Judge Laura Taylor Swain
United States District Courts
Southern District of New York

Case # 07-CV-6909 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 0 9 2007**

My name is Alberto Sanchez and on 10/18/07, I was served a summons in a Civil action under case # 07-CV-6909 (LTS). I am currently seeking to retain an attorney to represent me on this matter.

I respectfully request an extension be granted for the purpose of having an attorney represent me as well as file an answer to the compliant. Your consideration in this matter would be greatly appreciated.

Sincerely,

*[signature]*
Alberto Sanchez

Mr Sanchez' time to answer or move in response to the complaint is hereby extended to November 30, 2007.

SO ORDERED.

*[signature]* 11/8/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed to Deft 11-9-07
Chambers of Judge Swain

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gandarilla
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

The City of New York ET Al
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ. 6909 (LTS) ( )

**AFFIRMATION OF SERVICE**

I, Alberto Sanchez, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached  Letter
                                *(document you are serving)*

upon James Martin Caffrey, JR       whose address is
     *(name of person served)*

111 John Street Suite 1100 New York, NY 10038
                *(where you served document)*

by Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York NY, NY
        *(town/city)*   *(state)*

Nov   7, 2007
*(month)* *(day)* *(year)*

*Signature:* Alberto Sanchez

PO Box 256
*Address*

Crompond N.Y.
*City, State*

10517
*Zip Code*

(914) 539-1057
*Telephone Number*

Rev. 03/2007

# STAPLES copy&printcenter

## Complimentary Self-Serve Fax Cover Sheet

To: Sarah Bender-Nash (clerk)     From: Alberto Sanchez
Fax #: (212) 805-0426              Phone #: (914) 539-1057
Date: 11/7/07                      Reply Fax #:
Number of Pages (Including Cover): 3   Urgent ☑   Confidential ☐   Confirm Receipt ☐

### We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more



that was easy.

5/06blzsv_009815