USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2007

**JONES GARNEAU, LLP**
670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Connecticut Office
686 Summer Street
Stamford, Connecticut 06901
Phone (203) 965-7700
Facsimile (203) 324-9621

Stephen J. Jones
Steven T. Sledzik*
Gregg P. Garneau
Christian G. Zebicoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Blake
Alexandra Maxwell*
*Also Admitted in Connecticut

Of Counsel
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perrelen
Robert W. Spencer
Deborah H. Wayne*

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

By Facsimile

December 5, 2007

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Gandarilla v. City of New York, et al., 07-Civ.-6909 (LTS)

Dear Judge Swain:

I was retained recently to represent Defendant Alberto Sanchez in this matter, and filed an answer last week on his behalf. An Initial Conference in this matter is scheduled December 14, 2007. I am writing to request an adjournment of the conference. On Monday, December 10, 2007, I begin a jury trial before United States District Judge Charles L. Brieant in <u>DiMaggio v. Harrison Central School District, et al</u>. While I believe that Judge Brieant does not traditionally conduct trials on Fridays, at this time, I cannot assure I will not be otherwise engaged on December 14, 2007. Additionally, my recent retention, my need for trial preparation in the DiMaggio case and the fact of Plaintiff's counsel vacation (he returned just today), have all significantly limited my ability to prepare the Preliminary Pre-Trial Statement as required by the Court. I request an adjournment of the Initial Conference until after January 1, 2008. I have spoken with all counsel, who consent to the request. This is my first request for this relief, but a previous request was made by Plaintiff's

Copies faxed to Deft Sanchez Counsel
Chambers of Judge Swain  12-7-07

counsel.

Respectfully submitted,

*[signature]*

Steven T. Sledzik

cc: Alberto Sanchez
James Caffrey, Esq. (counsel for Plaintiff, by facsimile)
Phyllis Calistro, Esq. (Office of Corporation Counsel, counsel for Defendant New York City, by facsimile)

*The conference is adjourned to January 18, 2008, at 3:30pm.*

SO ORDERED.

*[signature]* 12/6/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE