Stephen J. Jones
Steven T. Sledzik*
Gregg P. Garneau
Christian G. Zebicoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Blake
Alexandra Maxwell*
*Also Admitted in
Connecticut

**JONES GARNEAU, LLP**
670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Connecticut Office
666 Summer Street
Stamford, Connecticut 06901
Phone (203) 965-7700
Facsimile (203) 324-9621

Of Counsel
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perreten
Robert W. Spencer
Deborah H. Wayne*

USDC SDNY
DOCUMENT
ELECTRONIC
DOC #:
DATE FILED: DEC 1 8 2007

By Facsimile

December 15, 2007

MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Gandarilla v. City of New York, et al., 07-Civ.-6909 (LTS)

Dear Judge Swain:

      I represent Defendant Alberto Sanchez in this matter. Because of a conflict with my trial schedule, I wrote the Court last week requesting an adjournment of the December 14, 2007 Initial Conference with the Court, which the Court adjourned to January 18, 2008. Regrettably, I did not indicate to the Court that I was unavailable that week (my family and I have a vacation outside of the United States that was planned long ago). I am writing to request an adjournment of the January 18, 2008 conference. I have spoken with all counsel, who consent to the request. They have indicated that there are no conflicts in their schedules in late January/early February 2008. As set forth above, this is my second request for this relief, but a previous request was made by Plaintiff's counsel. Thank you for your attention to this request.

Respectfully submitted,

Steven T. Sledzik

cc:    Alberto Sanchez
        James Caffrey, Esq. (counsel for Plaintiff, by facsimile)
        Phyllis Calistro, Esq. (Office of Corporation Counsel, counsel for NYC)

*The conference is adjourned to February 1, 2008, at 2:00 pm.*

SO ORDERED.

12/17/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE