Law Offices
BAMUNDO, ZWAL & SCHERMERHORN, LLP

A Limited Liability Partnership
111 John Street, Suite 1100, New York, NY 10038
Tel: (212) 608-8840  Fax: (212) 608-8039

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 8 2008

Steven Bamundo
James R. Schermerhorn
Michael C. Zwal
Bartholomew T. Russo
William B. Cunningham
James Caffrey
John A. Howard-Algarin**
Philip G. Menna
Ben Bartolotta

Also admitted in New Jersey
**Also admitted in Maryland

MEMO ENDORSED

Of Counsel:
Kenneth M. Dalton*
Jay L.T. Breakstone
Marc Desalvo

Additional Offices:

1265 Richmond Avenue, Staten Island, NY 10314

100 East Old Country Road, Mineola, NY 11501

January 25, 2008

**Via Fax to (212) 805-0426 Only**
Chambers of the
Honorable Laura Taylor Swain
500 Pearl Street
New York, NY 10007-1312

Re:  **Gandarilla v. The City of New York**
Docket No. 07-CV-6909 LTS
Our File No. 22165

Dear Honorable Swain:

As you are aware, this office represents plaintiff, Sandra Gandarilla, in connection with the above referenced matter.

This case is currently scheduled for a Initial Trial Conference on Friday, February 1, 2008. However, the Preliminary Pre-Trial Statement is due today and the final draft is not yet complete. Our office, and the offices of the defendants representatives are in the process of finalizing the Statement for submission to the Court.

We are requesting a short extension until Monday, January 28, 2008 to submit this Statement. I have already spoken to the attorneys for the defendants and each of them consent to this brief extension.

Should you have any questions, or require further information on this matter, please feel free to contact the undersigned, or James M. Caffrey, Esq., the attorney handling this matter.

Thank you, in advance, for your immediate attention and cooperation to this matter.

*The request is granted.*

**SO ORDERED.**

1/25/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,

Laurice Fortunato
Paralegal