Law Offices
## BAMUNDO, ZWAL & SCHERMERHORN, LLP
A Limited Liability Partnership
111 John Street, Suite 1100, New York, NY 10038
Tel: (212) 608-8840  Fax: (212) 608-8039

Steven Bamundo
James R. Schermerhorn
Michael C. Zwal
Bartholomew T. Russo
William B. Cunningham
James Caffrey
John A. Howard-Algarin**
Philip G. Menna
Ben Bartolotta

*Also admitted in New Jersey
**Also admitted in Maryland

Of Counsel:
Kenneth M. Dalton*
Jay L.T. Breakstone
Marc Desalvo

Additional Offices:
1265 Richmond Avenue, Staten Island, NY 10314
100 East Old Country Road, Mineola, NY 11501

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-08

January 28, 2008

**Via Fax to (212) 805-0426 Only**
Chambers of the
Honorable Laura Taylor Swain
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  **Gandarilla v. The City of New York**
Docket No. 07-CV-6909 LTS
Our File No. 22165

Dear Honorable Swain:

As you are aware, this office represents plaintiff, Sandra Gandarilla, in connection with the above referenced matter.

This case is currently scheduled for a Initial Trial Conference on Friday, February 1, 2008 and we were granted a brief extension to file the Preliminary Pre-Trial Statement up to and including today. Unfortunately, the Statement is still not completed.

Accordingly, we are now requesting an adjournment of the Initial Trial Conference on or after Friday, February 8, 2008. I have already spoken to the attorneys for defendant THE CITY OF NEW YORK, who has consented to this brief adjournment. I have not heard from defendant SANCHEZ's attorney, and his office advises that he is not in the office at this time.

Should you have any questions, or require further information on this matter, please feel free to contact the undersigned, or James M. Caffrey, Esq., the attorney handling this matter.

Thank you, in advance, for your immediate attention and cooperation to this matter.

Very truly yours,

Laurice Fortunato
Paralegal

*The conference is adjourned to February 8, 2008, at 10:00 AM and the related deadlines are modified accordingly.*
**SO ORDERED.**

/s/ Laura Taylor Swain  1/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Page 2
January 28, 2008

cc:    **Via Fax to (212) 788-0877 Only**
MICHAEL A. CARDOZO, ESQ.
Corporation Counsel of the City of New York
*Attorneys for Defendant*
City of New York
Attn.: Phyllis Calistro, Esq.

**Via Fax to (914) 472-2205 Only**
JONES GARNEAU, LLP
*Attorneys for Defendant*
Alberto Sanchez
Attn.: Steven T. Sledzik, Esq.