USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: FEB 0 4 2008

Stephen J Jones
Steven T Sledzik*
Gregg P. Garneau
Christian G Zebicoff
Clifford I. Bass
Marianne Hoffman*
Michael K. Stanton, Jr.*

Marcy Bleke
Alexandra Maxwell*
*Also Admitted in Connecticut

**JONES GARNEAU, LLP**
670 White Plains Road, Penthouse
Scarsdale, New York 10583
Phone (914) 472-2300
Facsimile (914) 472-2312

New York City Office
60 East 42nd Street, Suite 3210
New York, NY 10165
Phone (212) 759-2500
Facsimile (212) 661-4174

Connecticut Office
666 Summer Street
Stamford, Connecticut 06901
Phone (203) 965-7700
Facsimile (203) 324-9621

Of Counsel
Louis W. Bauman
Adam T. Bradley
John G. Callahan
John J. Lynch
Sarah Thomas Maldonado
Robert Newman
Paul F. Perreten
Robert W. Spencer
Deborah H. Wayne*

By Facsimile

January 31, 2008

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Gandarilla v. City of New York, et al., 07-Civ.-6909 (LTS)

Dear Judge Swain:

    I represent Defendant Alberto Sanchez in this matter. The Court adjourned the Initial Conference in the matter to February 8, 2008, at 10:00 a.m. I have oral argument scheduled on that same day at 11:00 a.m., before Judge Brieant in the White Plains courthouse, on a substantive motion in the case Gillette v. Endervelt. I am available the afternoon of February 15, 2008 for the Initial Conference on the Gandarilla case. (I am unavailable the morning of February 15, 2008. I have a long scheduled conference before Judge Brieant in The City of New Rochelle v. Liberia, at which I believe a member of Liberia's diplomatic corps will be attending.) I have confirmed that Corporation Counsel for New York City is available the afternoon of February 15, 2008. To the extent that we need to schedule beyond February 15, 2008; Corporation Counsel has advised that they are not available February 22, 2008. Both Corporation counsel and I are available anytime

February 29, 2008. I have not been able to speak to plaintiff's counsel. Thank you for your attention to this request.

Respectfully submitted,

Steven T. Sledzik

sts

cc: Alberto Sanchez
James Caffrey, Esq. (counsel for Plaintiff, by facsimile)
Phyllis Calistro, Esq. (Office of Corporation Counsel, counsel for NYC)

The conference is adjourned to February 15, 2008 at 2:30 pm.

SO ORDERED.

1 Feb 2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE