```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SHARON GANDARILLA,

                    Plaintiff,            NOTICE OF
                                          APPEARANCE
     -against-

CITY OF NEW YORK, et al.,                 07 CV 6909 (LTS)
                                               (GWG)
                    Defendants.
------------------------------------------X
```

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this Court.

Dated: Lake Success, New York
       April 1, 2008

                                       Yours, etc.

                                       Cronin & Byczek, LLP
                                       Attorneys for Plaintiff

                                       LINDA M. CRONIN (LC0766)
                                       1983 Marcus Avenue
                                       Suite C-120
                                       Lake Success, New York 11042
                                       (516) 358-1700